# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JUAREZ-Flores, Rodrigo<br>a.k.a. BECERRA, Martin<br>a.k.a. CARDONA-Becerra, Martin<br>a.k.a. MORALES, Andres | A 147 75 19 D<br>08 APR 30 AM 8:56<br>U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |
| WARRANT ISSUED ON THE BASIS OF:<br>☐ Failure to Appear   ☐ Order of Court<br>☐ Indictment         ☐ Information<br>x Complaint | Magistrate's Case No.: **08 MJ 1146**<br>DEPUTY<br>**WARRANT FOR ARREST** |
| To:<br>Any U.S. Marshal or other authorized officer | NAME AND ADDRESS OF PERSON TO BE ARRESTED<br>Rodrigo JUAREZ-Flores<br>227 Cypress Street<br>Chula Vista, California 91911 |
| DISTRICT OF ARREST: | CITY OF ARREST: |

**YOU ARE HEREBY COMMANDED** To arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below

### DESCRIPTION OF CHARGES

Title 8, United States Code, Section 1326 -- "Deported Alien Found in U.S."

*RECEIVED 2008 APR 15 A 11:16 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA*

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>Title 8 | SECTION<br>1326 |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>*[signature]*<br>CLERK OF COURT/U.S. MAGISTRATE<br>**BARBARA L. MAJOR**<br>**U.S. MAGISTRATE JUDGE** BY | | DATE ORDERED<br>4/15/08<br>DATE ISSUED |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| DATE RECEIVED<br>4/15/08<br>DATE EXECUTED<br>4/25/08 | NAME AND TITLE OF ARRESTING OFFICER<br>Michael HAYNES<br>Special Agent | SIGNATURE<br>*Michael Haynes* |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

CLASS II 'J'

0301
(Deported Alien found in US)