AO 455(Rev. 5/85) Waiver of Indictment

FILED

MAY 29 2008

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| RODRIGO JUAREZ-FLORES | CASE NUMBER: 08CR1733-JM |

I, <u>RODRIGO JUAREZ-FLORES</u>, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/29/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Rodrigo Juarez Flores*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
Judicial Officer