**DEBRA A. DiIORIO**
California Bar No. 138018
**DiIORIO & HALL, APC**
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1451
Facsimile: (619) 544-1473

Attorneys for Defendant Juarez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **RODRIGO JUAREZ FLORES** ) <br> Defendant. ) <br> ) | Criminal Case No. 08-1733-GT <br><br><br><br> **JOINT MOTION TO CONTINUE** <br> **SENTENCING HEARING** |

IT IS HEREBY REQUESTED by the parties in the case, defendant Rodrigo Juarez Flores, by and through his counsel, DEBRA A. DiIORIO, and the United States Attorney's Office, by and through Assistant United States Attorney JEFFREY MOORE, that the sentencing hearing in the above-entitled case, scheduled for September 4, 2008, at 9:00 a.m., be continued until October 29, 2008, at 9:00 a.m.

Mr.Juarez is in custody.

A proposed order with respect to this joint motion is being submitted directly to the court.

//

//

//

1  Date: July 22, 2008                    s/Jeffrey Moore
                                          **JEFFREY MOORE**
2                                         Assistant United States Attorney

3  Date: July 22, 2008                    s/. Debra A. DiIorio
                                          **DEBRA A. DiIORIO**
4                                         **DiIorio & Hall, APC**
5                                         Attorneys for Defendant

2

1  **DEBRA A. DiIORIO**
California Bar No. 138018
2  **DiIORIO & HALL, APC**
964 Fifth Avenue, Suite 214
3  San Diego, California  92101
Telephone: (619) 544-1451
4  Facsimile: (619) 544-1473

5  Attorneys for Defendant Juarez

6

7  UNITED STATES DISTRICT COURT

8  SOUTHERN DISTRICT OF CALIFORNIA

9  (HONORABLE GORDON THOMPSON JR.)

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, ) | Criminal Case No. 08-1733-GT |
| 11  Plaintiff, ) | |
| 12  v. ) | **CERTIFICATE OF SERVICE** |
| 13  **RODRIGO JUAREZ FLORES** ) | |
|     Defendant. ) | |
| 14 | |

15  IT IS HEREBY CERTIFIED THAT:

16  I, DEBRA A. DiIORIO, am a citizen of the United States and am at least eighteen years of age.  My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

18  I am not a party to the above-entitled action.  I have caused service of the Joint Motion to Continue Sentencing Hearing on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

21  Judge Gordon Thompson efile_Thompson@casd.uscourts.gov

22  Assistant United States Attorney Jeffrey.Moore@usdoj.gov

23  I declare under penalty of perjury that the foregoing is true and correct.

24  Executed on July 22, 2008.

26  /s/  Debra A. DiIorio
DEBRA A. DiIORIO