1 | **DEBRA A. DiIORIO**
California Bar No. 138018
2 | **DiIORIO & HALL, APC**
964 Fifth Avenue, Suite 214
3 | San Diego, California 92101
Telephone: (619) 544-1451
4 | Facsimile: (619) 544-1473

5 | Attorneys for Defendant Juarez

FILED
JUL 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE GORDON THOMPSON JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-1733-GT |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| **RODRIGO JUAREZ FLORES** ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing previously scheduled for September 4, 2008 at 9:00 a.m., be continued until October 29, 2008, at 9:00 a.m.

DATED 7/25/08

_____
HON. GORDON THOMPSON JR.
U.S. DISTRICT JUDGE